IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ZACHARY PAUL POTTS**                                                                                    **PETITIONER**
*Reg #20759-510*

v.                                    CASE NO. 2:25-cv-00013-BSM

**GARRETT, Warden**                                                                                       **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 4] is adopted. Zachary Paul Potts's case is dismissed without prejudice because he failed to pay the $5 filing fee or file a motion to proceed *in forma pauperis*.

IT IS SO ORDERED this 25th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE

1