IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ZACHARY PAUL POTTS**                                                                  **PETITIONER**
*Reg #20759-510*

v.                              CASE NO. 2:25-cv-00013-BSM

**GARRETT, Warden**                                                                     **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE